**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**UNITED STATES OF AMERICA,**
                **Plaintiff**

                                      **Criminal Action Number**
**v.**                                        **3:00CR-23-J**

**BRUCE G. PECK,**
                **Defendant**

## MEMORANDUM AND ORDER

Under the Antiterrorism and Effective Death Penalty Act, this Court is required to certify whether any issues presented by Mr. Peck are appealable . In order to obtain a certificate of appealability, petitioner must make a substantial showing of the denial of a constitutional right. 28 U.S.C. Sec. 2253. The test is not whether this Court believes its decision was incorrect, but whether "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000).

In this case, all of the claims were rejected on procedural grounds. Ground 1 was barred from consideration because it had been raised and addressed on appeal, and Grounds 6 and 7 were barred from consideration because they had not been raised on appeal and Mr. Peck had failed to make any showing of extraordinary circumstances justifying his procedural default.

The remainder of the grounds raised by Mr. Peck concerned sentencing issues that seemed initially to raise constitutional questions. However, during the pendency of this matter, Sixth Circuit authority was handed down making it clear that these claims, too, were

procedurally barred, in that <u>United States v. Booker</u>, 125 S.Ct. 738 (2005) was held *not* to apply retroactively to a matter on collateral review.  <u>Humphress v. United States</u>, 398 F.3d 855 (6th Cir. 2005).

In light of these clear procedural bases for rejecting Mr. Peck's petition, the Court cannot say that he can make a substantial showing of denial of a constitutional right.  Jurists of reason would not find a basis for debating either the denial of a constitutional right or the correctness of the procedural rulings.  With respect to all of Mr. Peck's claims, the Court concludes that a certificate of appealability is not appropriate because we cannot say that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000).

IT IS ORDERED:

1. Defendant's motion for a certificate of appealability is denied.

2. Defendant's motion to proceed on appeal without prepayment of fees is granted conditioned on grant of certificate of appealability by the appellate court.